908

case for oral argument.

No. 75–207. Appalachian Power Co. v. Public Service Commission of West Virginia. Appeal from Sup. Ct. App. W. Va. dismissed for want of substantial federal question. Mr. Justice Powell took no part in the consideration or decision of this appeal.

No. 75–263. Board of Education of Armstrong High School District No. 225, Vermilion and Champaign Counties, et al. v. Ellis, Superintendent of Educational Service Region, Vermilion County, et al. Appeal from Sup. Ct. Ill. dismissed for want of substantial federal question.

No. 75–295. Albert Simon, Inc., et al. v. Myerson, Commissioner, Department of Consumer Affairs of the City of New York. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.

No. 75–305. Griggs, Cooper & Co., Inc. v. Novak, Liquor Control Commissioner of Minnesota, et al.; and

No. 75–315. Heaven Hill Distilleries, Inc. v. Novak, Liquor Control Commissioner of Minnesota, et al. Appeals from Sup. Ct. Minn. dismissed for want of substantial federal question. Reported below: 304 Minn. 28, 229 N. W. 2d 144.

No. 75–284. Metropolitan Dade County, Florida, et al. v. Aerojet-General Corp. Appeal from C. A. 5th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.